# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** January 27, 2022

**CASE OF:** In Re: Amendment to Florida Rule of Appellate Procedure 9.130

**DOCKET NO.:** SC21-129

**OPINION FILED:** January 13, 2022

**ATTENTION: ALL PUBLISHERS**

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On page 8, seventh line from the bottom, "(A)-(F) [No Change]" was removed and the following was inserted:

"(A) - (B)   [No Change]

(C)   determine:

(i) - (ix)   [No Change]

(x)   that a permanent guardianship shall be established for a dependent child pursuant to section 39.6221, Florida Statutes~~.~~;

(D)   grant or deny the appointment of a receiver, or terminate or refuse to terminate a receivership; ~~or~~

(E)   grant or deny a motion to disqualify counsel~~.~~;

(F)   deny a motion that:

(i) - (ii)   [No Change]

(iii)   asserts entitlement to sovereign immunity~~.~~; or"

**SIGNED:  OPINION CLERK**